**STATEMENT OF FACTS**

On December 1, 2011, members of the Metropolitan Police Department's First District's Vice Unit, received information from a source that four subjects, later identified as defendants Michael Talon, Lee Hylton, John Caudle III, and Marc Gersen, were storing and selling large quantities of crystal methamphetamine from a hotel room that the source was renting. According to the source the hotel room was located at 1615 Rhode Island, Avenue, N.W., Washington, D.C., room 825. The source gave officers written consent to search the hotel room. Officers entered the room and observed the defendants and secured the location. A search of the premises revealed electronic storage equipment, 614 grams of a white crystal substance, packaging materials, drug paraphernalia, digital scales, 5 bottles containing a clear liquid substance, 2 hand written ledgers depicting drug transactions and $4,680 in United States currency. A portion of the white crystal liquid field tested positive amphetamines. The approximate weight of the white crystal substance recovered indicates that the drugs were going to be sold to others rather than used exclusively by the defendants.

_____
OFFICER DOMINIQUE TYSON
METROPOLITAN POLICE DEPARTMENT
FIRST DISTRICT


SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF DECEMBER, 2011.


_____
U.S. MAGISTRATE JUDGE