# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 12, 2010

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 11-MJ-974 |
| | : | |
| MARC A. GERSEN, | : | VIOLATION: |
| LEE M. HYLTON, | : | 21 U.S.C. § 846 |
| MICHAEL A. TALON, and | : | (Conspiracy to Distribute and Possess with |
| JOHN CAUDLE III, | : | Intent to Distribute 500 Grams or More of |
| | : | Methamphetamine) |
| Defendants. | : | |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

From on or about at least November 2011, continuing through on or about December 1, 2011, within the District of Columbia and elsewhere, **MARC A. GERSEN, LEE M. HYLTON, MICHAEL A. TALON, and JOHN CAUDLE III**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance and the said mixture and substance was 500 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

      (**Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Methamphetamine**, in violation of Title 21, United States Code, Section 846)

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia